**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| VIVEK SHAH,<br><br>Plaintiff,<br><br>v.<br><br>DREXEL CHEMICAL COMPANY,<br><br>Defendant. | Case No.: 2:26-cv-01605-HDV-KES<br><br>**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**<br><br>Date: May 28, 2026<br>Time: 10:00 A.M.<br>Courtroom: 5B<br>Hon. Hernán D. Vera |

Plaintiff Vivek Shah respectfully submits this opposition to Defendant Drexel Chemical Company's Motion to Dismiss (Dkt. 18). Defendant's Motion is moot. On May 6, 2026 — before the May 28, 2026 hearing date noticed by Defendant — Plaintiff filed his First Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), which permits a party to amend its pleading once as a matter of course within 21 days after service of a Rule 12(b) motion. The First Amended Complaint supersedes the original Complaint and renders Defendant's pending Motion to Dismiss the original Complaint moot. Because Defendant's Motion targets a pleading that no longer governs this action, the Court should deny the Motion as moot. Defendant remains free to direct any responsive arguments it may have to the operative First Amended Complaint by filing a renewed motion or answer in accordance with the Federal Rules.

Dated: May 7, 2026

Respectfully submitted,

/s/ Vivek Shah
Vivek Shah
1301 N Broadway Ste 32167
Los Angeles, CA 90012
Telephone: (224) 246-2874
Email: newvivekshah@gmail.com