USAMA KAHF (SBN 266443)
ukahf@fisherphillips.com
FISHER & PHILLIPS LLP
2050 Main Street
Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

DAVID M. SHANNON (SBN 342187)
dshannon@fisherphillips.com
FISHER & PHILLIPS LLP
424 Church St, Suite 1700
Nashville, TN 37219
Telephone: (615) 488-2900
Facsimile: (615) 488-2928

MICHAEL F. RAFFERTY (*pro hac vice*)
mrafferty@harrisshelton.com
HARRIS SHELTON HANOVER WALSH, P.L.L.C.
6060 Primacy Parkway, Suite 100
Memphis, TN 38119
Telephone: (901) 525-1455
Facsimile: (901) 526-4084

Attorneys for Defendant
DREXEL CHEMICAL COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

VIVEK SHAH,

Plaintiff,

v.

DREXEL CHEMICAL COMPANY,

Defendant.

CASE NO.: 2:26-CV-01605-HDV-KES
*Assigned for all purposes to the Honorable Hernán D. Vera, Dept. 5B*

**DEFENDANT DREXEL CHEMICAL COMPANY'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

*[Filed Concurrently with Memorandum of Points and Authorities and Declaration of David M. Shannon; Declaration of Mark Stewart; Request for Judicial Notice; and [Propose] Order]*

Date: June 25, 2026
Time: 10:00 A.M.

Complaint Filed: February 11, 2026
Trial Date: Not Set

**TO THE COURT AND PLAINTIFF VIVEK SHAH:**

**NOTICE IS HEREBY GIVEN** that on June 25, 2026 at 10:00 a.m., or as soon thereafter as the matter may be heard in the above-entitled Court located at Courtroom 5B, 5th Floor, First Street U.S. Courthouse, Los Angeles, California, Defendant DREXEL CHEMICAL COMPANY ("Drexel") will and hereby does move this Court for an Order granting its Motion to Dismiss Plaintiff's First Amended Complaint, with prejudice, jointly and severally, each of the seven (7) causes of action asserted in the First Amended Complaint filed by Plaintiff VIVEK SHAH ("Plaintiff"), pursuant to the Federal Rules of Civil Procedure, rules 9(b), 12(b)(1), 12(b)(2), 12(b)(3), and 12(b)(6).

This Motion is made on the grounds that Plaintiff:

(1) Failed to allege sufficient facts to establish Article III Standing to pursue an action against Drexel;

(2) Failed to allege sufficient facts to establish personal jurisdiction over Drexel;

(3) Failed to allege sufficient facts to establish that this Court is the proper venue for this action; and

(4) Failed to allege sufficient facts for violation of each and every of his causes of action.

This motion is based on this Notice, the Memorandum of Points and Authorities attached hereto, Declarations of David M. Shannon and Mark Stewart, Request for Judicial Notice, all papers previously filed in this matter, and on such other and further evidence which may be presented at the time of the hearing.

///

///

///

///

## MEET AND CONFER PURSUANT TO LOCAL RULE 7-3

Counsel for the Parties have met and conferred by telephone conference on May 13, 2026. (Declaration of David M. Shannon at ¶ 2.) The Parties were unable to reach a resolution on the issues in the instant Motion that could have eliminated the necessity for filing this Motion. *Id.*

Dated: May 21, 2026

FISHER & PHILLIPS LLP

By:____________________________
USAMA KAHF
DAVID M. SHANNON

HARRIS SHELTON HANOVER WALSH, P.L.L.C.
MICHAEL F. RAFFERTY (*pro hac vice*)

Attorneys for Defendant
DREXEL CHEMICAL COMPANY