DENIED
BY ORDER OF THE COURT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIVEK SHAH,<br>Plaintiff,<br>v.<br>DREXEL CHEMICAL COMPANY,<br>Defendant. | Case No. 2:26-cv-01605-HDV-KES<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION FOR LEAVE TO APPEAR REMOTELY AT THE JUNE 25, 2026 HEARING**<br><br>Judge: Hon. Hernán D. Vera |

The Court, having considered the parties' Joint Motion for Leave to Appear Remotely at the June 25, 2026 Hearing, the supporting Declaration of Vivek Shah, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Joint Motion is GRANTED. Plaintiff Vivek Shah and counsel for Defendant Drexel Chemical Company may appear by remote video or telephonic means at the hearing set for June 25, 2026 at 10:00 a.m.

The Courtroom Deputy shall provide the parties with the applicable remote-appearance instructions and access information in advance of the hearing.

**IT IS SO ORDERED.**

DENIED
BY ORDER OF THE COURT

Dated: June 9, 2026

Hon. Hernán D. Vera

United States District Judge