USAMA KAHF (SBN 266443)
ukahf@fisherphillips.com
DARCEY M. GRODEN (SBN 296492)
dgroden@fisherphillips.com
FISHER & PHILLIPS LLP
2050 Main Street
Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

DAVID M. SHANNON (SBN 342187)
dshannon@fisherphillips.com
FISHER & PHILLIPS LLP
424 Church St, Suite 1700
Nashville, TN 37219
Telephone: (615) 488-2900
Facsimile: (615) 488-2928

MICHAEL F. RAFFERTY (*pro hac vice*)
mrafferty@harrisshelton.com
HARRIS SHELTON HANOVER WALSH, P.L.L.C.
6060 Primacy Parkway, Suite 100
Memphis, TN 38119
Telephone: (901) 525-1455
Facsimile: (901) 526-4084

Attorneys for Defendant
DREXEL CHEMICAL COMPANY

LINK 61

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVEK SHAH,<br><br>Plaintiff,<br><br>v.<br><br>DREXEL CHEMICAL COMPANY,<br><br>Defendant. | CASE NO.: 2:26-CV-01605-HDV-KES<br>*Assigned for all purposes to the Honorable Hernan D. Vera*<br><br>**~~[PROPOSED]~~ JUDGMENT**<br><br>Complaint Filed: February 11, 2026<br>Trial Date: Not Set |

Pursuant to Federal Rule of Civil Procedure 58, and in accordance with the Court's Order dated September 1, 2026 (Dkt. 58) granting Defendant DREXEL CHEMICAL COMPANY's Motion to Dismiss Plaintiff Vivek Shah's First

Amended Complaint [Dkt. 33] and Denying Plaintiff's Motions for Sanctions [Dkts. 22, 26] and Motion for Entry of Scheduling Order and for Order Directing Rule 26(f) Conference [Dkt. 16], the Court hereby enters judgment as follows:

1. Defendant's Motion to Dismiss Plaintiff's First Amended Complaint [Dkt. 33] is **GRANTED**. Plaintiff has failed to allege a concrete injury sufficient to confer Article III standing and the Court therefore lacks subject matter jurisdiction over this action.

2. Plaintiff's First Amended Complaint is dismissed **WITHOUT LEAVE TO AMEND** because amendment would be futile.

3. Plaintiff's Motion for Nonmonetary Sanctions [Dkt. 22] and Motion for Sanctions under Rule 11 of the Rules of Civil Procedure [Dkt. 26] are **DENIED**. Plaintiff has failed to show bad faith or conduct tantamount to bad faith, an intent to harass the opposing party, delay the litigation unnecessarily, or needlessly increase its costs. Defendant's request for monetary sanctions in the Opposition [Dkt. 41] to the Motion for Sanctions under Rule 11 of the Rules of Civil Procedure [Dkt. 26] was also denied.

4. Plaintiff's Motion for Entry of Scheduling Order and for Order Directing Rule 26(f) Conference [Dkt. 16] is **DENIED AS MOOT**.

5. Judgment is entered in favor of Defendant and against Plaintiff.

6. Defendant is the prevailing party.

7. The Court further rules as follows:

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________.

**IT IS SO ORDERED.**

DATED: 09/14/26

By: ______________________
Honorable Hernan D. Vera
UNITED STATES DISTRICT JUDGE